IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 JAN 10 PM 4:57
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Civil Action No. __17-cv-104__
(To be supplied by the court)

__Jacqueline / Green Clean__, Plaintiff,
__Classy clean LLC__

v.

_____,

__Wells fargo_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

Money was tranfered from ~~Both~~ several account while Banking with Wells fargo ~~so~~ Iv exausted all Remedys. over 20 Bankers have gave false information ot Remedys and have contacted authority when tryin to gain Documentation of check my mother Elizabeth Tafoya wrote on June 24 2014. I was taken to mental Health numerou occasions

(Rev. 07/06)

## PARTIES

1. Plaintiff _Jacqueline_ is a citizen of _Denver CO_
   who presently resides at the following address:
   _4464 S. Grant St Denver CO 80709_

2. Defendant _Wells Fargo_ is a citizen of _____
   who live(s) at or is/are located at the following address:

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _Fraud    Defimation_
   _extortion    Sabotage_
   _12:1811(e) FDIC suspension or Removal of Bank officer_
   _7.02-13(b) unfair discriminat deceptive practices_

5. Briefly state the background of your case:

(Rev. 07/06)    2

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: 1-10-17

_(Plaintiff's Original Signature)_

746 S. Grant St
(Street Address)

Denver CO 80209
(City, State, ZIP)

(Telephone Number)