IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00104-LTB

JACQUELINE [SANTISTEVAN],
GREEN CLEAN CLASSY CLEAN,

    Plaintiffs,

v.

WELLS FARGO,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 22, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 22nd day of February, 2017.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk


                  By: s/D. Kalsow
                      Deputy Clerk